112

Argued on brief March 22, affirmed March 25, 1971

## STATE OF OREGON, *Respondent, v.* RAYMOND LARENCE BAGLEY, *Appellant.*
482 P2d 556

Harry R. Kraus, Portland, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

MEMORANDUM DECISION.

*State v. Gann,* 254 Or 549, 463 P2d 570 (1969).